BRIAN M. BOYNTON
Acting Assistant Attorney General
PHILLIP A. TALBERT
Acting United States Attorney
MICHELLE R. BENNETT
Assistant Director
PETER M. BRYCE
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W., Rm 11220
Washington, D.C. 20005
Tel: (202) 616-8335; Facsimile: (202) 616-8202
peter.bryce@usdoj.gov

Attorneys for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAWEAH DELTA HEALTH CARE DISTRICT,<br><br>Plaintiff,<br><br>v.<br><br>XAVIER BECERRA, Secretary of Health and Human Services,<br><br>Defendant, | Case No.  1:21-cv-1422-AWI-SKO<br><br>**ORDER ON STIPULATION AND REQUEST TO STAY CASE**<br><br>(Docs. 11, 15) |

   This Stipulation and Request is entered into by and between the parties, Plaintiff Kaweah Delta Health Care District ("Plaintiff") and Defendant Secretary of Health and Human Services Xavier Becerra ("Defendant"), through their respective undersigned counsel.

   1.   This case presents claims that were raised in *Becerra v. Empire Health Foundation*, which is now before the United States Supreme Court.  958 F.3d 873 (9th Cir. 2020), *cert. granted*, 2021 WL 2742788 (U.S. July 2, 2021) (No. 20-1312) ("*Empire Health*").  Argument in that case was heard on November 29, 2021.

   2.   Because the Supreme Court's decision in *Empire Health* is likely to substantially affect the course of this case, the parties agree that the Court should stay further proceedings in this

STIPULATION AND REQUEST TO STAY CASE

case—including the initial scheduling conference and joint scheduling report (ECF No. 12)—pending a final decision in *Empire Health*.

   3.  Defendant also requests that his pending Consent Motion for Extension of Time to Respond to the Complaint be granted for the reasons set forth therein.

Dated: December 9, 2021          Respectfully submitted,

                                         Brian M. Boynton
                                         Acting Assistant Attorney General

                                         Michelle R. Bennett
                                          Assistant Branch Director

                                         */s/  Peter M. Bryce*
                                         Peter M. Bryce
                                          Senior Trial Counsel
                                          United States Department of Justice
                                          Civil Division, Federal Programs Branch
                                         1100 L Street, NW
                                         Washington, DC 20005
                                        Tel.: (202) 616-8335
                                       Fax: (202) 616-8202
                                       peter.bryce@usdoj.gov


                                      */s/ Ronald S. Connelly*
                                      Ronald S. Connelly
                                      Admitted pro hac vice
                                      D.C. Bar No. 488298
                                      POWERS PYLES SUTTER & VERVILLE, PC
                                      1501 M Street, N.W., 7th Floor
                                      Washington, DC 20005
                                      Tel. (202) 872-6762
                                      Fax (202) 785-1756
                                      Ron.Connelly@PowersLaw.com
                                      *Counsel for Kaweah Delta Health Care District, Plaintiff*

STIPULATION AND REQUEST TO STAY CASE

# **ORDER**

Pursuant to the parties' above stipulation (Doc. 15), IT IS HEREBY ORDERED as follows:

1. Defendant's Consent Motion for Extension of Time to Respond to the Complaint (Doc. 11) is GRANTED; and

2. Further proceedings in this case, including any obligation to respond to the Complaint, shall be STAYED pending a final decision by the Supreme Court in the *Empire Health* case. The parties SHALL file a status report within 14 days of any such final decision by the Supreme Court.

IT IS SO ORDERED.

Dated:   **December 13, 2021**           /s/ *Sheila K. Oberto*
                                       UNITED STATES MAGISTRATE JUDGE

STIPULATION AND REQUEST TO STAY CASE

3