BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
PHILLIP A. TALBERT
United States Attorney
MICHELLE R. BENNETT
Assistant Director
PETER M. BRYCE
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W., Rm 11220
Washington, D.C. 20005
Tel: (202) 616-8335; Facsimile: (202) 616-8202
peter.bryce@usdoj.gov

Attorneys for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| KAWEAH DELTA HEALTH CARE DISTRICT,<br><br>Plaintiffs,<br><br>v.<br><br>XAVIER BECERRA, Secretary of Health and Human Services,<br><br>Defendant, | **CASE NO.  1:21-cv-1422-AWI-SKO**<br><br>**STIPULATION AND REQUEST TO STAY INITIAL SCHEDULING CONFERENCE AND ASSOCIATED FILING OBLIGATIONS; ORDER VACATING SCHEDULING CONFERENCE**<br><br>(Doc.18) |
|---|---|

This Stipulation and Request is entered into by and between the parties, Plaintiff Kaweah Delta Health Care District ("Plaintiff") and Defendant Secretary of Health and Human Services Xavier Becerra ("Defendant"), through their respective undersigned counsel, in order to defer the initial scheduling conference currently scheduled for March 29, 2022, and to stay any obligations associated with such conference.

1. Pursuant to a stipulation and order submitted by the parties, this Court stayed further proceedings in this case pending the final decision by the Supreme Court in *Becerra v. Empire Health Foundation*, No. 20-1312, which the parties agreed is likely to substantially affect the course of this case. *See* ECF No. 16, at 3. Pursuant to that stipulation and order, the parties will file a status

1 report within 14 days of such final decision.  *See id.*

2       2.     After the Court stayed further proceedings in this case, the Court continued the Initial Scheduling Conference (previously-scheduled for February 3, 2022) until March 29, 2022.  *See* Minute Order, ECF No. 17.  The docket entry states that the parties shall file their joint scheduling report seven days before the conference—i.e., March 22, 2022.  *See id.*

      3.     The parties do not believe it is likely that the Supreme Court will render a decision in *Empire Health* prior to March 29, and respectfully submit that any Initial Scheduling Conference and associated filing obligations should thus be deferred pursuant to the existing stay of proceedings in this case.  *See* ECF No. 16.

Dated:  March 15, 2022 Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MICHELLE R. BENNETT
Assistant Branch Director

/s/  *Peter M. Bryce*
PETER M. BRYCE
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel.: (202) 616-8335
Fax: (202) 616-8202
peter.bryce@usdoj.gov


*/s/ Ronald S. Connelly*
Ronald S. Connelly
Admitted pro hac vice
D.C. Bar No. 488298
POWERS PYLES SUTTER & VERVILLE, PC
1501 M Street, N.W., 7th Floor
Washington, DC 20005
Tel. (202) 872-6762
Fax (202) 785-1756
Ron.Connelly@PowersLaw.com
*Counsel for Kaweah Delta Health Care District, Plaintiff*

STIPULATION AND REQUEST TO STAY INITIAL SCHEDULING CONFERENCE

3

# **ORDER**

Pursuant to the parties' foregoing stipulation (Doc. 18),

IT IS HEREBY ORDERED the Initial Scheduling Conference, currently set for March 29, 2022, is VACATED pending a final decision by the Supreme Court in the *Empire Health* case, pursuant to the Court's prior Minute Order of December 13, 2021. (*See* Doc. 16.)

The parties SHALL file a status report within 14 days of any such final decision by the Supreme Court, at which point the Initial Scheduling Conference will be re-set.

IT IS SO ORDERED.

Dated:   **March 16, 2022**                    */s/ Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE