UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAWEAH DELTA HEALTH CARE DISTRICT,<br><br>    Plaintiff,<br><br>    v.<br><br>XAVIER BECERRA,<br><br>    Defendant. | No. 1:21-cv-01422-AWI-SKO<br><br>ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(Doc. 22) |

On August 31, 2022, Plaintiff filed a "Notice of Dismissal" (erroneously docketed as a motion to dismiss), in which Plaintiff notifies the Court that this entire case is voluntarily dismissed without prejudice. (Doc. 22.) Plaintiff filed this notice before the opposing party served either an answer or a motion for summary judgment. As such, Plaintiff has voluntarily dismissed this matter without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. The Court therefore DIRECTS the Clerk of Court to close this case.

IT IS SO ORDERED.

Dated:   **September 6, 2022**             /s/ *Sheila K. Oberto*
                                                                           UNITED STATES MAGISTRATE JUDGE